**IN the INTEREST OF: A.F.P., G.E.P., and P.L.P.**

**No. ED 105624**

Missouri Court of Appeals, Eastern District, SOUTHERN DIVISION.

Filed: October 14, 2017

David M. Duree, 312 South Lincoln Avenue, O'Fallon, IL 62269, for appellant.

Tammy Steward, P.O. Box 30, Farmington, Mo 63640, Kevin P. Schaaf, 111 North 7th Street, Suite 329, St. Louis, MO 63101, for respondents.

Brice Sechrest, 105 Science Street, Park Hills, MO 63601, Guardian Ad Litem.

Before James M. Dowd, C.J., Lawrence E. Mooney, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

Timmy A. Pierce appeals the trial court's judgment terminating his parental rights to his three minor children, A.F.P., G.E.P., and P.L.P. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 84.16(b)(1).